# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1836

_____

Gerald Arthur Gillespie,                          *
                                                  *
                    Appellant,                     *
                                                  *     Appeal from the United States
          v.                                      *     District Court for the
                                                  *     District of Minnesota.
State of Minnesota,                               *
                                                  *     [UNPUBLISHED]
                    Appellee.                      *

_____

Submitted: October 4, 2011
Filed:  October 7, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Gerald Arthur Gillespie appeals the district court's[1] dismissal of his action seeking to set aside his state criminal conviction, for which his sentence has expired. Upon de novo review, see Hastings v. Wilson, 516 F.3d 1055, 1058 (8th Cir. 2008), we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.